**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Michael Richter and Emily Segars (Poling), Defendants,

v.

Julie Blalock, Intervenor/Respondent,

Of whom Emily Segars (Poling) is the Appellant

and

Michael Richter is a Respondent.

In the interests of minors under the age of eighteen.

Appellate Case No. 2022-000800

———————————

Appeal From York County
Thomas Henry White, IV, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-409
Submitted December 8, 2023 – Filed December 20, 2023

———————————

**AFFIRMED**

———————————

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Betsy Buchanan Tanner, of Betsy Tanner, LLC, of Fountain Inn, for Respondent/Intervenor.

Nathan James Sheldon, of The Law Office of Nathan J. Sheldon, LLC, of Rock Hill, for Respondent Michael Richter.

R. Chadwick Smith, of South Carolina Department of Social Services, of Rock Hill, for Respondent South Carolina Department of Social Services.

Mary Christine Hardee, of South Carolina Department of Children's Advocacy, of Columbia, for the Guardian ad Litem.

---

**PER CURIAM:**  Emily Segars (Poling) appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.